## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **JESSICA MARSHALL,** | § § § § § § § § § § § § | Civil Action No. 4:16-cv-01400 |
| Plaintiff, | | |
| v. | | |
| **MEDICREDIT.** | | |
| Defendant. | | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: September 8, 2016        BY: */s/ Amy L. Bennecoff*
                                Amy L. Bennecoff, Esquire
                                Kimmel & Silverman, P.C.
                                30 E. Butler Avenue
                                Ambler, PA 19002
                                Phone: (215) 540-8888
                                Facsimile: (877) 788-2864
                                Email: abennecoff@creditlaw.com
                                Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2016, a true and correct copy of the foregoing pleading was served via ECF to the below:

Alice Liu, Esq.
Ogletree Deakins et al
500 Dallas, Ste 3000
Houston, TX 77002
Phone: 713-655-0855
Fax: (619) 231-4755
Email: alice.liu@ogletreedeakins.com
Attorney for the Defendant

Dated: September 8, 2016     BY: */s/ Amy L. Bennecoff*
Amy L. Bennecoff, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: abennecoff@creditlaw.com
Attorney for the Plaintiff