UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JESSICA MARSHALL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MEDICREDIT, INC., )<br>)<br>Defendant. ) | Case No. 4:16-cv-01400 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Jessica Marshall and Defendant Medicredit, Inc., by and through undersigned counsel, and herein jointly stipulate that the above-styled action shall be dismissed, with prejudice, with each party to pay their own attorneys' fees and costs.

Respectfully submitted this 2nd day of November, 2016:

| | |
|---|---|
| KIMMEL & SILVERMAN, P.C. | OGLETREE, DEAKINS, NASH<br>SMOAK & STEWART, P.C. |
| /s/ Amy L. Bennecoff Ginsburg* | /s/ Aimee B. Parsons |
| Amy L. Bennecoff Ginsburg, Esq. | Aimee B. Parsons, State Bar No. 24036229 |
| Richard J. Albanese | One Allen Center |
| 30 East Butler Pike | 500 Dallas St., Ste. 3000 |
| Ambler, PA 19002 | Houston, Texas 77002 |
| Phone: (215) 540-8888 | Telephone: 713-655-5764 |
| Facsimile: (877) 788-2864 | Facsimile: 713-655-0020 |
| aginsburg@creditlaw.com | aimee.parsons@ogletreedeakins.com |
| ralbanese@creditlaw.com | |
| | Attorney-in-charge for Defendant |
| Attorneys for Plaintiff | |
| * *with permission* | |

SL 2104742.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2nd, 2016, I electronically filed the above and foregoing through the Court's CM/ECF system, which will send notification to the following counsel of record:

Amy L. Bennecoff Ginsburg, Esq.
Richard J. Albanese
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864

      /s/ Aimee B. Parsons
    Aimee B. Parsons