United States District Court
Southern District of Texas
**ENTERED**
November 02, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JESSICA MARSHALL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:16-cv-01400 |
| MEDICREDIT, INC., | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff Jessica Marshall and Defendant Medicredit, Inc., it is hereby ORDERED that this action is dismissed with prejudice. Each party shall be responsible for her/its own respective costs and attorneys' fees incurred as a result of this action.

Signed this 2nd day of November, 2016 at Houston, Texas

_____
THE HONORABLE JUDGE PRESIDING

SL 2104742.1